IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01528-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.8.119.92

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2013.**

      The Motion of John Doe to Proceed Anonymously [filed August 6, 2013; docket #13] is **granted in part and denied without prejudice in part**. Based upon arguments set forth on page 2 of the motion, the motion is granted in that Defendant may proceed anonymously in this matter as "John Doe" only for the purpose of adjudicating any motion challenging the subpoena served on the ISP. Upon resolution of such motion(s), should John Doe perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

      In addition, John Doe must provide to the Court his name, address, telephone number and email address in the form of a separate written "Supplement" to the present motion.[1] If John Doe wishes to keep this supplement (containing his identifying information) confidential, he may file a motion to file the Supplement under restriction pursuant to the procedure set forth in D.C. Colo. LCivR 7.2. The Court may strike any motion or other filing that deviates from the requirements of this order or from those set forth in the applicable local or federal rules. Furthermore, if John Doe fails to comply with this order, the Court may withdraw its permission to proceed anonymously in this case.

---

[1] In addition to compliance with Rule 11, the Court also notes the necessity of having such information for the proper and efficient management of its docket.